IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02581-OES

IN RE: MICHAEL ROBERT LYNCH,

    Debtor.

BETTY BRYANT,

    Plaintiff/Appellee,

v.

MICHAEL ROBERT LYNCH,

    Defendant/Appellant.

---

ORDER

---

Defendant/Appellant Michael Robert Lynch has filed *pro se* on July 26, 2005, "Lynch's Renewed Motion for Payment by United States for Preparation of Hearing Transcripts." Mr. Lynch seeks an order authorizing payment by the United States for preparation of hearing transcripts that he alleges are necessary for his appeal. More specifically, he seeks the transcripts of two status and scheduling conferences held on February 11, 2003, and September 8, 2003. For the reasons stated below, the motion will be granted.

"Fees for transcripts furnished . . . to persons permitted to appeal in forma pauperis shall also be paid by the United States" if the court "certifies that the appeal is not frivolous (but presents a substantial question)." 28 U.S.C. § 753(f). Any "doubts about the substantiality of the issues on appeal and the need for a transcript to examine

them should be resolved in favor of the petitioner." ***Rhodes v. Corps of Engineers of U.S. Army***, 589 F.2d 358, 359 (8th Cir. 1978).

In an order filed on January 11, 2005, Mr. Lynch was granted leave to proceed *in forma pauperis* in this appeal. Therefore, the only question before the court is whether the appeal is not frivolous and presents a substantial question. The court has reviewed the file and finds that the appeal presents a substantial nonfrivolous question. Therefore, the renewed motion for payment by the United States for preparation of transcripts of the two status and scheduling conferences will be granted. Accordingly, it is

ORDERED that "Lynch's Renewed Motion for Payment by United States for Preparation of Hearing Transcripts" filed on July 26, 2005, is granted. It is

FURTHER ORDERED that the court reporter shall prepare for inclusion in the record on appeal an original and one copy of the reporter's transcript of the record of proceedings. The transcript fee shall be paid by the United States.

DATED at Denver, Colorado, this 5th day of August, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge