IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-2581-AP**

IN RE:
**MICHAEL ROBERT LYNCH**

        Debtor.

**BETTY BRYANT**,

        Plaintiff/Appellee

vs.

**MICHAEL ROBERT LYNCH**,

        Defendant/Appellant

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Lynch's Motion to Vacate or Modify Order Dated August 25, 2005, (doc. #45), filed September 12, 2005, is **GRANTED.** The court has been advised that the requested transcripts have now been provided to Mr. Lynch. Therefore, briefing is **modified** as follows: Appellant's Opening Brief is due November 18, 2005; Appellee's Response Brief is due November 28, 2005; Appellant's Reply Brief is due December 10, 2005.

Dated:  September 19, 2005