IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-2581-AP**

IN RE:
**MICHAEL ROBERT LYNCH**

    Debtor.

**BETTY BRYANT**,

    Plaintiff/Appellee

vs.

**MICHAEL ROBERT LYNCH**,

    Defendant/Appellant

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  The Motion to Hold Briefing Schedule in Abeyance (doc. #51), filed November 17, 2005, is **GRANTED.**  Briefing is stayed pending appointment of counsel.

Dated:  November 21, 2005