**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-2581AP

IN RE:
MICHAEL ROBERT LYNCH

        Debtor.

BETTY BRYANT,

Plaintiff/Appellee,

vs.

MICHAEL ROBERT LYNCH,

Defendant/Appellant.

---

**ORDER OF REMAND**

---

**Blackburn, J.**

      The debtor-appellant, Michael R Lynch, timely appeals an order of the United

States Bankruptcy Court for the District of Colorado.  Having reviewed the parties

filings, the record, and the applicable law, I conclude that this case must be remanded

to the United States Bankruptcy Court for the District of Colorado for supplemental

findings of fact and conclusions of law.

**I.  JURISDICTION**

      I have jurisdiction to adjudicate this bankruptcy appeal under 28 U.S.C.

§ 158(a)(1).

## II.  STANDARD OF REVIEW

I am bound by  the bankruptcy court's findings of fact, unless they are clearly erroneous. Fed. R. Bankr.P. 8013; In re Branding Iron Motel, Inc., 798 F.2d 396, 399 (10th Cir.1986). I review the bankruptcy court's conclusions of law de novo. In re Mullet, 817 F.2d 677, 678 (10th Cir.1987).

## III.  DISCUSSION

Debtor-appellant, Michael R. Lynch, challenges the Bankruptcy Court's September 22, 2004, order entering a judgment of non-dischargeability in favor of plaintiff, Betty Bryant, as Conservator for Everald Grace Nichols, and against Lynch. The Bankruptcy Court held that the debt owed by Lynch to Bryant is non-dischargeable because it is a debt arising from larceny under 11 U.S.C. § 523(a)(4).

I conclude that the Bankruptcy Court must address, in supplemental findings of fact and conclusions of law, two issues which have arisen subsequent to the Bankruptcy Court's September 22, 2004, order:

A.  Whether the petition for certiorari filed by Lynch with the Colorado Supreme Court challenging his state theft conviction has been denied and, if so, when; and

B.  Whether lynch's criminal conviction now is final in light of the Colorado Supreme Court's recent ruling in ***Rantz v. Kaufman***, 109 P.3d 132, 141 (Colo. 2005).

With supplemental findings of fact and conclusions of law addressing these issues, the factual and legal basis of the Bankruptcy Court's Judgment then will take into account these relevant developments.

## IV.  ORDERS

**THEREFORE, IT IS ORDERED** as follows:

1.  That this case is **REMANDED** to the United States Bankruptcy Court for the District of Colorado for the entry of supplemental findings of fact and conclusions of law concerning the Bankruptcy Court's September 22, 2004, order entering a judgment of non-dischargeability in favor of plaintiff, Betty Bryant, as Conservator for Everald Grace Nichols, and against debtor-appellant, Michael R. Lynch; and

2.  That the Bankruptcy Court's supplemental findings of fact and conclusions of law shall include findings and conclusions addressing the two issues outlined on page two of this order.

Dated September 29, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**