**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: ) | |
| ) | |
| MICHAEL ROBERT LYNCH, ) | Bankruptcy Case No. 01-21790 EEB |
| ) | Chapter 7 |
| Debtor. ) | |
| ───────────────────────── ) | |
| ) | |
| BETTY BRYANT, as Conservator for ) | |
| Everald Grace Nichols, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding No. 01-1530 EEB |
| ) | |
| v. ) | |
| ) | |
| MICHAEL ROBERT LYNCH, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW**

THIS MATTER comes before the Court on the Order of Remand issued by the Honorable J. Blackburn of the United States District Court for the District of Colorado, remanding this case to this Court for the limited purpose of making supplemental findings of fact and conclusions of law regarding two issues which arose subsequent to this Court's September 22, 2004 Order: (1) whether the petition for certiorari filed by Lynch with the Colorado Supreme Court challenging his state theft conviction has been denied and, if so, when, and (2) whether Lynch's criminal conviction now is final in light of the Colorado Supreme Court's recent ruling in *Rantz v. Kaufman*, 109 P.3d 132, 141 (Colo. 2005). The Court being otherwise advised in the premises

FINDS that on May 22, 2006 the Colorado Supreme Court DENIED Lynch's Petition for Writ of Certiorari challenging his state theft conviction. The Colorado Supreme Court, in the recent ruling of *Rantz v. Kaufman*, 109 P.3d 132, 141 (Colo. 2005), held that for purposes of issue preclusion, a judgment that is still pending on appeal is not final. In so holding the Colorado Supreme Court expressly overruled the pre-existing line of court of appeals cases relied upon by this Court in its September 22, 2004 Order. This Court takes judicial notice that given the denial of Lynch's Petition for Writ of Certiorari and subsequent closing of his case at the Colorado Supreme Court there is nothing pending on appeal that relates to Lynch's criminal conviction. Accordingly, this Court

CONCLUDES that pursuant to *Rantz*, Lynch's criminal conviction is now final.

DATED this 20th day of October, 2006.

BY THE COURT:

_/s/ Elizabeth E. Brown_
Elizabeth E. Brown
United States Bankruptcy Judge